UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JORDAN JOHNSON,<br><br>    Defendant. | Criminal Action No. PX-24-290 |

PRETRIAL SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| April 7, 2025 | Defendant to supplement/add motions to suppress and other pretrial motions |
| April 28, 2025 | Government's Omnibus Response |
| May 5, 2025 | Replies (if necessary) |
| May 12, 2025 at 9:30 a.m. | Motions Hearing |
| TBD at Motions Hearing | Motions *in Limine* due |
| TBD at Motions Hearing | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| TBD at Motions Hearing | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| January 5, 2026 | Trial begins. Expected length: (7 days) |

Dated: January 28, 2025

            /S/
Paula Xinis
United States District Judge